THE LAW OFFICE OF
# GLANZBERG TOBIA LAW, P.C.
### ATTORNEYS AT LAW
123 SOUTH BROAD STREET
SUITE 1640
PHILADELPHIA, PENNSYLVANIA 19109
PHONE: (215) 981-5400 FAX: (267) 319-1993
DAVID.GLANZBERG@GTLAWPC.COM
ROBERT.TOBIA@GTLAWPC.COM

DAVID S. GLANZBERG, ESQUIRE*
ROBERT M. TOBIA, SR, ESQUIRE

* ALSO MEMBER NJ BAR

NEW JERSEY OFFICE
8000 SAGMORE DRIVE
SUITE 8304
MARLTON, NJ 08053

November 6, 2020

Erika Davidson
416 Rutgers Court
Bensalem, PA  19020

### RE:  STUDENT LOANS

Dear Erika:

As you already know this office represents your father Richard and at this time his health is declining.  Based on the currant estrangement and severed nature of your relationship with your father, he is requesting removal of his name and responsibility from these debts.  He has been contacted by your loan holders because the loans are in default.  Below is the link to take his name off your loans and assume full responsibility for your finances.

http://navient.com/Images/Application-to-Request-Release-of-Cosigners_tcm5-1876.pdf

Please feel free to contact this office with any questions or concerns.

Very truly yours,
GLANZBERG TOBIA LAW, P.C.

BY: _____
DAVID S. GLANZBERG, ESQUIRE

DSG/js